## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | |
| | **CHAPTER 13** |
| **JOHN CAMPANELLA** | |
| **DEBTOR.** | **CASE NO.:  16-82923** |

### APPEARANCE

I, John J. O'Leary, of WALTERS LEVINE, LLC hereby file my APPEARANCE as Attorney for Creditor, VCNA PRAIRIE, INC.

DATED:  January 3, 2017

Respectfully Submitted,

WALTERS LEVINE, LLC

By:   /s/  John J. O'Leary
       John J. O'Leary Attorney For Creditor
       VCNA PRAIRIE, INC.
       ARDC #3128102
       WALTERS LEVINE, LLC
       20 North Clark Street, Suite 850
       Chicago, Illinois  60602
       (312) 782-8807  Phone
       (312) 782-8744 Facsimile
       Email:  joleary@olearylawfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | |
| JOHN CAMPANELLA | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO.:  16-82923** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that Creditor VCNA PRAIRIE, INC., by its attorneys, WALTERS LEVINE LLC and John J. O'Leary request that all notices given or required to be given in this case and all papers served or required to be served in this case also be given to and served upon the following:

John J. O'Leary
ARDC #3128102
WALTERS LEVINE, LLC
20 North Clark Street, Suite 850
Chicago, Illinois  60602
(312) 782-8807  Phone
(312) 782-8744 Facsimile
Email:  joleary@olearylawfirm.com

DATED:  January 3, 2017

Respectfully Submitted,

WALTERS LEVINE, LLC
By:    _/s/  John J. O'Leary_____
John J. O'Leary, Attorney For Creditor
VCNA PRAIRIE, INC.

## CERTIFICATE OF SERVICE

I, John J. O'Leary, an attorney, state that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS was filed on **January 3, 2017** and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, by First Class U.S Mail

_/S/ John J. O'Leary_____
John J. O'Leary, ARDC #3128102

John J. O'Leary
WALTERS LEVINE, LLC
20 North Clark Street
Suite 850
Chicago, Illinois  60602
312-782-8807 Phone
312-782-8744 Facsimile
ARDC #3128102

## SERVICE LIST

**JOHN CAMPANELLA.  -   DEBTOR CHAPTER 13 - CASE NO.  16-82923**

| Attorney | Representing |
|---|---|
| **O Allan Fridman**<br>**Law office of O. Allan Fridman**<br>**555 Skokie Blvd Suite 500**<br>**Northbrook, IL 60062**<br><br>**Via Electronic Notice**<br>**allanfridman@gmail.com** | **JOHN CAMPANELLA. Debtor**<br><br>9106 Turnberry Trail<br>Crystal Lake, IL 60014 |
| **Lydia Meyer**<br>**Lydia Meyer-13  Trustee**<br>**P.O Box 14127**<br>**Rockford, IL 61105-4127**<br><br>**Via Electronic Notice** | Trustee |
| **Patrick S Layng**<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715<br>608-264-5522<br>**Via Electronic Notice** | U.S. Trustee |