UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>JOHN CAMPANELLA<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-82923<br><br>Chapter: 13<br>Honorable Thomas M. Lynch |

## ORDER AUTHORIZING RULE 2004 EXAMINATIONS

This cause coming on to be heard on the Motion of Eagle Business Credit, LLC., a creditor herein, to conduct examinations and to obtain documents and/or conduct examinations, pursuant to rule 2004 of the Federal Rules of Bankruptcy Procedure, Section 105(a) of title 11 of the United States Code and rule 9013-9 of the Local Rule of the United States Bankruptcy Court for the Northern District of Illinois, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The motion is granted;

2. Eagle Business Credit, LLC. be, and it hereby is authorized by not directed to conduct a Rule 2004 examination of the parties listed on Schedule 1 attached;

3. Eagle Business Credit, LLC. be, and it hereby is authorized by not directed to issue subpoenas for the production of documents and/or to compel attendance at examinations, to each of the examinees as specified on Schedule 1, pursuant to Fed. R. Civ. P. 30(b)(6), at the date and time specified in the subpoenas; and

4. The parties shall work cooperatively to schedule examinations at mutually convenient times.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: JAN 26 2017

**Prepared by:**
Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle St., Suite 3300
Chicago, IL 60601
312-782-9000
312-782-6690 (fax)
rfimoff@rsplaw.com
vborst@rsplaw.com

Rev: 20170105_bko

SCHEDULE 1

John Campanella

Campanella Sand and Gravel, Inc.

Aggregate Logistics, Inc.

Lakeside Trucking, Inc.

Lois Campanella

Rev: 20170105_bko