## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

JOHN CAMPANELLA

**CHAPTER 13**

**DEBTOR.**

**CASE NO.:  16-82923**

### NOTICE OF ROUTINE MOTION

PLEASE TAKE NOTICE THAT on Friday March 31, 2017  **at 9: 00 a.m.** I shall appear before the **Honorable Judge Thomas M Lynch, Courtroom  3100,** U.S. Courthouse, **327 South Church Street, Rockford IL 61101,**  or before any other Bankruptcy Judge who may be sitting in his place and shall present the **Routine Motion By Creditor, VCNA PRAIRIE, INC To Extend The Last Date To File Objections To Discharge Under 11 U.S.C. § 1328  and The Last Date To File Complaints Under 11 U.S.C. §  523 To Except Debt From Discharge** a copy of which is attached and served on you.

**NOTE THAT THE PROPOSED ORDER APPENDED TO THIS MOTION MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO PURSUANT TO LOCAL RULE 9013-9(c)**

Respectfully Submitted,
John J. O'Leary  ARDC #3128102
WALTERS LEVINE, LLC

DATED:  March 23, 2017

 _/S/ John J. O'Leary_____
John J. O'Leary Attorney For Creditor
VCNA PRAIRIE, INC.
ARDC #3128102
WALTERS LEVINE, LLC
20 North Clark Street, Suite 850
Chicago, Illinois  60602
(312) 782-8807  Phone
(312) 782-8744 Facsimile
Email:  joleary@olearylawfirm.com

## CERTIFICATE OF SERVICE

I, John J. O'Leary, an attorney, state that the foregoing **Notice of Routine Motion By Creditor, VCNA PRAIRIE, INC To Extend The Last Date To File Objections To Discharge Under 11 U.S.C. § 1328 and The Last Date To File Complaints Under 11 U.S.C. § 523 To Except Debt From Discharge** was filed on <u>**March 23, 2017**</u> and served upon all parties identified as Registrants on the Court's CM/EFC system, and are entitled to notice in this case.

_/S/ John J. O'Leary_____

John J. O'Leary, ARDC #3128102

John J. O'Leary
WALTERS LEVINE, LLC
20 North Clark Street
Suite 850
Chicago, Illinois  60602
312-782-8807 Phone
312-782-8744 Facsimile

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: | |
| JOHN CAMPANELLA | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO.:  16-82923** |

**ROUTINE MOTION BY CREDITOR, VCNA PRAIRIE, INC., INC  TO EXTEND THE LAST DATE TO FILE OBJECTIONS TO DISCHARGE UNDER 11 U.S.C. § 1328  AND THE LAST DATE TO FILE COMPLAINTS UNDER 11 U.S.C. §  523 TO EXCEPT DEBT FROM DISCHARGE**

NOW COMES Creditor, VCNA PRAIRIE, INC. by and through its attorneys, WALTERS LEVINE, LLC and moves the Court to enter an order extending  the last date to file objections to discharge under 11 U.S.C. § 1328  and the last date to file complaints under 11 U.S.C. §  523 to except debt from discharge.  In support of this motion, Creditor states as follows:

1.      This is a core proceeding under 28 U.S.C §157(b)(2)(A) which this Court may hear and determine under  Local Rule 9013-9(A)(5).

2.      Movant is an unsecured creditor of the debtor.

3.      Debtor is the owner of a business as a contractor and has primarily business debt.

4.      Creditor, VCNA PRAIRIE, INC was a material supplier to Debtor and Debtor's company, CAMPANELLA SAND & GRAVEL INC and Debtor is the personal guarantor of the debt to VCNA PRAIRIE, INC.

5.      The Debtor and Debtor's company failed to pay VCNA PRAIRIE, INC for the material it supplied to Debtor and his company from April 8, 2015 through February 29, 2016.

6.      On December 16, 2016 (the "Petition Date"), Debtor filed his voluntary

bankruptcy petition commencing this case under Chapter 13 of the Bankruptcy Code.

7.      The last date for parties to file an objection to Debtor's bankruptcy discharge or a

complaint objecting to the dischargeability of debt is March 27, 2017.

8.      Debtors Chapter 13 plan has not been confirmed and there are objections pending

to the plan.

9.       The Debtor has been required to produce documents and submit to exam

pursuant to Rule 2004 pursuant to motions filed by other secured creditors and the Debtor has

not yet produced documents or submitted to the Rule 2004 exam.  Creditor, VCNA Prairie, Inc

has agreements with those other secured creditors to participate in that discovery.

10.      Creditor VCNA PRAIRIE, INC needs additional time to complete the

examination of the Debtor, and after completion of the production of the financial documents

and examination of the Debtor, JOHN CAMPANELLA and to investigate and evaluate whether

the Debtor has additional assets that were not disclosed in his petition and the value thereof and

whether there is a basis to object to the discharge of the Debtor or to object to the discharge of

his debt to VCNA Prairie, Inc.

11.      Movant is requesting an extension of time to file objections to discharge under 11

U.S.C §1328 and for the filing of complaints under 11 U.S.C §523 to June 30, 2017.

WHEREFORE, Creditor, VCNA PRAIRIE, INC prays that this Honorable Court

enter an order extending the last date to file objections to discharge under 11 U.S.C. § 1328 and

the last date to file complaints under 11 U.S.C. § 523 to except debt from discharge through and

including June 30, 2017   and granting such other and further relief as this Court deems just and

appropriate.

Respectfully Submitted,
John J. O'Leary  ARDC #3128102
WALTERS LEVINE, LLC

DATED: <u>March 23, 2017</u>

_/S/ John J. O'Leary_____
John J. O'Leary Attorney For Creditor
VCNA PRAIRIE, INC.
ARDC #3128102
WALTERS LEVINE, LLC
20 North Clark Street, Suite 850
Chicago, Illinois  60602
(312) 782-8807  Phone
(312) 782-8744 Facsimile
Email:  joleary@olearylawfirm.com